IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**DEMYA JOHNSON**
on behalf of herself and all others
similarly situated

      Plaintiff,                                 Case No.: 21-cv-478

v.

**ASALYNA DARING GRINDS, LLC**

      Defendant

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that the Plaintiff, Demya Johnson, through her undersigned counsel, and pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses her claims against Defendant with prejudice. The Plaintiff's putative class claims are dismissed without prejudice.

Dated this 3rd day of November, 2021.

                                            **HAWKS QUINDEL, S.C.**
                                            *Attorneys for Plaintiff and the putative class*

                                            By: */s/ Nicholas E. Fairweather*
                                            Nicholas E. Fairweather, State Bar No.: 1036681
                                            Email: nfairweather@hq-law.com
                                            409 East Main Street
                                            Post Office Box 2155
                                            Madison, Wisconsin 53701-2155
                                            Telephone: (608) 257-0040
                                            Facsimile: (608) 256-0236

THE WEITZ FIRM, LLC

Max S. Morgan
Email: max.morgan@theweitzfirm.com
Eric H. Weitz
Email: eric.weitz@theweitzfirm.com
1528 Walnut Street, 4th Floor
Philadelphia, PA 19102
Telephone: (267) 587-6240
Facsimile: (215) 689-0875

*Attorneys for Plaintiff and the putative class*